# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GONZALEZ, et al., | CASE NO. CV F 11-1284 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS RECONTRUST COMPANY** |
| vs. | (Doc. 9.) |
| NATIONSTAR MORTGAGE, et al., | |
| Defendants. / | |

This Court's August 29, 2011 order ("August 29 order") dismissed with prejudice defendants SunTrust Mortgage, Inc., Mortgage Electronic Registration Systems, Inc., Nationstar Mortgage LLC, and Federal National Mortgage Association and noted irreparable deficiencies in the operative Complaint of plaintiff Maria Gonzalez and Gonzalo Gonzalez (collectively "plaintiffs"). The August 29 order required plaintiffs, no later than September 7, 2011, to file papers to show cause why this Court should not dismiss this action against remaining defendants Lennar Corporation, Lennar Homes of California, Inc., and Recontrust Company. Plaintiffs filed their September 7, 2011 papers ("response") to respond to the August 29 order.

The response fails to substantiate a claim against defendant Recontrust Company for reasons discussed in the August 29 order. Although this Court is not convinced that plaintiffs' claims against

1

1    Lennar Corporation and Lennar Homes of California are viable, this Court will not dismiss at this time the claims against Lennar Corporation and Lennar Homes of California.

       As such, for the reasons discussed above and in the August 29 order, this Court:

1. DISMISSES this action without prejudice against defendant Recontrust Company;
2. DIRECTS the clerk to enter judgment in favor of defendant Recontrust Company and against plaintiffs Maria Gonzalez and Gonzalo Gonzales; and
3. ORDERS plaintiffs, no later than September 23, 2011, if they have not done so already, to serve their Complaint on defendants Lennar Corporation and Lennar Homes of California and to file proofs of effective service of process of plaintiffs' Complaint.

IT IS SO ORDERED.

**Dated:**    September 8, 2011            /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE