# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GONZALEZ and GONZALO GONZALEZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>NATIONSTAR MORTGAGE, et al.,<br><br>  Defendants. | 1:11-cv-01284 LJO GSA<br><br>**ORDER DIRECTING CLERK TO RETURN CORRESPONDENCE OF PLAINTIFFS, INCLUDING PERSONAL FINANCIAL DOCUMENT, AS UNNECESSARY** |

On September 7, 2011, this Court received correspondence and personal financial documents from Plaintiffs. It appears Plaintiffs believe they are obligated to pay a filing fee in this Court, as the correspondence seeks a waiver of the filing fee and the attached personal banking records pertain to Plaintiffs' financial condition. However, Plaintiffs are advised that because Defendants removed this action from the state court to this Court, only Defendants are obligated to pay a filing fee. In fact, Defendants did pay the required $350.00 filing fee on August 3, 2011. Thus, no further filing fee is due. Therefore, the Clerk of the Court is directed not to file these documents, rather, the Clerk shall return the correspondence and personal banking records to Plaintiffs.

IT IS SO ORDERED.

Dated:   **September 8, 2011**            /s/ **Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE

1