# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GONZALEZ AND GONZALO GONZALEZ,<br><br>  Plaintiffs,<br><br>  v.<br><br>SUNTRUST MORTGAGE, INC, et al.,<br><br>  Defendants, | 1:11-cv-1284 LJO GSA<br><br>ORDER TRANSFERRING ACTION |

Plaintiffs filed a complaint in Kern County Superior Court on July 13, 2011 alleging illegal truth and lending practices by Defendants. (Doc. 1). Defendant, Suntrust Mortgage Inc., removed the action to this court on August 1, 2011. (Doc. 1). A review of the complaint reveals that the property at issue in the complaint is located in Bakersfield, California. Accordingly, this Court finds that venue is proper in the United States District Court, Eastern District of California, Bakersfield, California. The scheduling conference set for October 17, 2011 in Courtroom 10 at 2500 Tulare Street, Fresno California is **VACATED**. (Doc. 15).

///
///
///
///
///

1

1   The Clerk of the Court is directed to transfer and reassign this action to the Honorable
2   Jennifer Thurston.  *See*, 28 U.S.C. § 1391(b).  The new case number shall be included on all
3   future pleadings and is as follows :

**11-cv-1284 LJO JLT**

IT IS SO ORDERED.

Dated:   **September 30, 2011**              /s/ **Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE