IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GONZALEZ and GONZALO GONZALEZ,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SUNTRUST MORTGAGE, INC., et al.,<br><br>　　　　　Defendants. | Case No.: 1:11-cv-01284 LJO JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 18)<br><br>ORDER SETTING INITIAL SCHEDULING CONFERENCE |

On October 4, 2011, the Court issued an Order to Show Cause as to why the matter should not be dismissed for Plaintiffs' failure to prosecute or follow the Court's order to serve the Complaint on defendants Lennar Corporation and Lennar Homes of California ("Defendants"). At a hearing on October 17, 2011, Plaintiffs appeared and informed the Court that they have served Defendants. However, Plaintiffs have not yet filed proofs of service.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Order to Show Cause dated October 4, 2011, is **DISCHARGED;**

2. Plaintiffs' SHALL file proofs of service of the complaint by **October 21, 2011**; and

3 The mandatory scheduling conference SHALL be heard on **January 4, 2012 at 9:00 a.m.** at 1200 Truxtun Avenue, Suite 120, Bakersfield, CA 93301.

///

1  The parties SHALL comply with the "Order Setting Mandatory Scheduling
2  Conference" issued on August 3, 2011. (Doc. 3).
3  IT IS SO ORDERED.

5  Dated:   **October 17, 2011**                                  /s/ Jennifer L. Thurston
6                                                                          UNITED STATES MAGISTRATE JUDGE